```
 1  KAREN P. HEWITT
    United States Attorney
 2  LEAH R. BUSSELL
    Assistant U.S. Attorney
 3  California State Bar No. 141400
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6962
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
07 JUN 22 AM 9:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC    DEPUTY

ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LAVAR PALMORE,<br><br>    Defendant and<br>    Judgment Debtor,<br><br>DAVEY TREE,<br><br>    Garnishee. | Court No. 01CR2884-H<br><br>**ORDER OF GARNISHMENT**<br><br>**Wage Garnishment** |

A Writ of Continuing Garnishment, directed to the garnishee, has been duly issued and served upon the garnishee. The garnishee filed an Answer of Garnishee stating that at the time of service of the Writ that the judgment debtor was an employee of the garnishee.

The defendant judgment debtor was served with the Clerk's Notice of Post-judgment Garnishment/Instructions To Debtor, Application For Writ of Continuing Garnishment, and the Writ of Garnishment, as set forth on the Certification of Service of Garnishment filed herein, advising the judgment debtor of his/her right to a hearing. Judgment debtor has not requested a hearing.

**LRB:lap:2006z00399**

01cr2884

1  WHEREFORE, IT IS ORDERED that:

2  The garnishee pay to plaintiff United States of America twenty-five percent (25%) of the net
3  wages (gross wages less required deductions for Federal income tax, federal social security, state income
4  tax, state disability insurance and payments to public employee retirement systems) per pay period owing
5  by the garnishee to the judgment debtor, and continue said payments until the judgment debtor's debt
6  to the United States is paid in full.  The garnishee shall, however, pay to the judgment debtor and not
7  withhold minimum net wages of $154.50 per week.

8  DATED: __JUN 2 2 2007__

9                             W. SAMUEL HAMRICK, JR.
                           Clerk, U.S. District Court

By:  *P. DelaCruz*
      Deputy Clerk

01cr2884